IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



KEVIN BERLOWE,

    Plaintiff,

v.                                  Civil Action No. 3:19CV737

TAMMY B. WILLIAMS, et al.,

    Defendants.

**MEMORANDUM OPINION**

By Memorandum Order entered on December 18, 2019, the Court denied the request by Kevin Berlowe to proceed in forma pauperis and directed Berlowe to pay the full filing fee within eleven (11) days of the date of entry thereof. The Court warned Berlowe that the if he took no action, the Court would dismiss the action.

More than eleven (11) days have elapsed since the entry of the December 18, 2019 Memorandum Order and Berlowe has taken no action. Accordingly, the action will be dismissed without prejudice.

The Clerk is directed to send a copy of the Memorandum Opinion to Berlowe.

                                         /s/    REP
                                  Robert E. Payne
                                  Senior United States District Judge

Date: January 22, 2020
Richmond, Virginia